UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------x

JORGE MOJICA, on behalf of himself and all others similarly situated,

                                   Plaintiff,

-v.-
HENRI, LLC,

                                   Defendants.

---------------------------------------------------------------

Civil Action No:
1:24-cv-363

## **JOINT STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 2, 2024

| For Plaintiff Jorge Mojica | For Defendant Henri, LLC |
|---|---|
| *s/Yaakov Saks* <br> Yaakov Saks <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> ysaks@steinsakslegal.com | *s/Shelly Byron Kulwin* <br> Shelly Byron Kulwin <br> Kulwin, Masciopinto & Kulwin, LLP <br> 161 North Clark Street Suite 2500 <br> Chicago, IL 60601 <br> Ph: (312) 641-0300 <br> skulwin@knklawllp.com |

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>   */s/ Yaakov Saks*
>   Yaakov Saks
>   **Stein Saks, PLLC**
>   *Attorneys for Plaintiff*